UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL JAMES GARNER,<br><br>        Plaintiff,<br><br>   v.<br><br>M. AVILA,<br><br>        Defendant. | Case No. 24-cv-02751-RFL (PR)<br><br>**ORDER OF DISMISSAL** |

    Plaintiff Randall James Garner has failed to file, as ordered, an amended complaint by the July 1, 2025, filing deadline. Accordingly, this federal suit is DISMISSED (without prejudice) for failing to comply with the Court's order and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

    Because this dismissal is without prejudice, Garner may move to reopen the suit. Any motion to reopen must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by an amended complaint on this Court's form.

    The Clerk shall enter judgment in favor of Defendant, and close the file.

    **IT IS SO ORDERED.**

**Dated:** July 11, 2025

                                                      RITA F. LIN<br>
                                      United States District Judge